JANUARY 18, 2005

No. 04A508. KLAY *v.* HUMANA, INC., ET AL. C. A. 11th Cir. Application for an extension of time to file a petition for writ of certiorari dismissed under this Court's Rule 46.

No. 03–8075. PEREZ-AQUILLAR *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Clark* v. *Martinez, ante,* p. 371.

No. 03–8662. SIERRA *v.* ROMINE, WARDEN, ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Clark* v. *Martinez, ante,* p. 371.

No. 04–7225. MARTIN *v.* NEBRASKA ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2378. IN RE DISBARMENT OF LEVINE. Disbarment entered. [For earlier order herein, see *ante,* p. 921.]

No. D–2379. IN RE DISBARMENT OF NERENBERG. Disbarment entered. [For earlier order herein, see *ante,* p. 922.]

No. D–2380. IN RE DISBARMENT OF JAMPOL. Disbarment entered. [For earlier order herein, see *ante,* p. 922.]

No. D–2381. IN RE DISBARMENT OF HANKIN. Disbarment entered. [For earlier order herein, see *ante,* p. 922.]

No. D–2382. IN RE DISBARMENT OF BATTS. Disbarment entered. [For earlier order herein, see *ante,* p. 922.]